United States District Court
Southern District of Texas
**ENTERED**
December 09, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-15-2644 |
| PUENTE ENTERTAINMENT GROUP, INC., *et al,* | § § § § | |
| Defendants. | § | |

## ORDER

Plaintiffs' filed a motion for continuance of the scheduling conference, (Docket Entry No. 7). The motion is granted. The initial pretrial and scheduling conference is reset to **February 29, 2016, at 2:30 p.m.** The joint discovery/case management plan is due by February 15, 2016.

SIGNED on December 9, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge